GAIL E. STOCK
JAMESON & DUNAGAN, P.C.
3890 W. Northwest Highway, Suite 550
Dallas, Texas  75220
(214) 369-6422 - phone
(214) 369-9175 - fax

Attorney for Creditor
MARQUETTE CONSUMER FINANCE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No.  08-41544-BTR-13 |
| ERNEST STEWART and ROSE STEWART | § | |
| | § | |

### APPLICATION FOR PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant.  Claimant was a creditor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant.  Claimant further states that Claimant is:

Name of Claimant:	MARQUETTE CONSUMER FINANCE
Mailing Address:	 60 South 6th Street, Suite 3800, Minneapolis, MN 55402

and that a dividend in the amount of $3,296.58 was awarded in this case to the Claimant, which dividend is currently unclaimed and held by the Clerk of the Court.

Claimant certifies under penalty of perjury that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct.  Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

DATED this 8 day of May, 2009.

        Respectfully submitted,

        JAMESON AND DUNAGAN, P.C.

    By:       /s/ GAIL E. STOCK
        GAIL E. STOCK
        Bar Card No. 05102400
        gestock@jamesondunagan.com
        JOHN E. JOHNSON
        Bar Card No. 24025457
        jejohnson@jamesondunagan.com
        3890 W. Northwest Highway, Suite 550
        Dallas, Texas 75220
        (214) 369-6422 - phone
        (214) 369-9175 - fax
        Attorney(s) for Movant

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing has been forwarded by depositing same with the United States Postal Service via first class mail, address correction requested, postage prepaid, or via electronic mail on this 8 day of May, 2009, as follows:

Christopher Marvin Lee
Allmand & Lee, PLLC
5646 Milton Street, Suite 120
Dallas, Texas 75206

Ernest Stewart
Rose Stewart
2516 C. E. Galloway Blvd.
Shreveport, LA 71104

Janna Countryman
Chapter 13 Trustee
P. O. Box 941166
Plano, Texas 75094

Tim O'Neal
U. S. Trustee
110 North College Avenue, Ste 300
Tyler, Texas 75702

Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
101 East Park Boulevard, Suite 500
Plano, Texas 75074

Matrix

                                        /s/ GAIL E. STOCK
                                        GAIL E. STOCK