FEB-11-2008  14:19    MARQUETTE FINANCE    9726613244    P.03

| | | |
|---|---|---|
| BUYER | ERNEST STEWART JR | SELLER/CREDITOR: VANDERGRIFF HONDA |
| ADDRESS | 1110 E BRANCH HOLLOW DR #401 | ADDRESS 1104 W I-20 |
| CITY | CARROLLTON  STATE TX  ZIP 75007 | CITY ARLINGTON  STATE TX  ZIP 76017 |
| PHONE | (972)394-3473 | PHONE 817-275-3371 |

| CO-BUYER | |
|---|---|
| ADDRESS | |
| CITY | STATE    ZIP |
| PHONE | |

The Buyer is referred to as "you" or "your." The Seller is referred to as "we" or "us." This contract may be transferred by the Seller.
**PROMISE TO PAY:** The credit price is shown below as the "Total Sales Price." The "Cash Price" is also shown below. By signing this contract, you choose to purchase the vehicle on credit according to the terms of this contract. You agree to pay us the Amount Financed, Finance Charge, and any other charges in this contract. You agree to make payments according to the Payment Schedule in this contract. If more than one person signs as a buyer, you agree to keep all the promises in this agreement even if the others do not.

You have thoroughly inspected, accepted, and approved the vehicle in all respects.

### VEHICLE IDENTIFICATION

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER | | USE FOR WHICH PURCHASED |
|---|---|---|---|---|---|
| | | | | ☐ NEW | |
| | | | | ☐ DEMONSTRATOR | ☐ PERSONAL, FAMILY, OR HOUSEHOLD |
| | | DURANGO | | ☐ FACTORY | ☐ BUSINESS OR COMMERCIAL |
| | | | | ☐ OFFICIAL/EXECUTIVE | ☐ AGRICULTURAL |
| 2005 | DODGE | | 1D4HD48N35F606043 | ☒ USED | |

Trade-in: Year 01  Make FORD  Model TAURUS  VIN 1FAFP53U21A163121  License No. _____

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $1000.00 |
|---|---|---|---|---|
| 17.99 % | $ 15466.39 | $ 23711.69 | $ 39178.08 | $ 40178.08 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 544.14 | Monthly beginning 10/25/2005 |
| | | Or as follows |

**Late Charge:** If we do not receive your entire payment within 15 days after it is due (10 days if you are buying a heavy commercial vehicle), you will pay a late charge of 5% of the scheduled payment.
**Prepayment.** If you pay all that you owe early, you will not have to pay a penalty.
**Security Interest.** We will have a security interest in the vehicle being purchased.
**Additional Information:** See this document for more information about nonpayment, default, security interests, and any required repayment in full before the scheduled date.

### ITEMIZATION OF AMOUNT FINANCED

1. Cash Price (including any accessories, services, taxes, _N/A_  Sales Tax $ 952.50  $22062.50
   N/A  $ N/A  N/A  $ N/A  (1)
   N/A  $ N/A  and  $ N/A

2. Total Downpayment = (if negative, enter "0" and see Line 4A below)  $ 5700.00
   Gross Trade-In  $ 4700.00
   – Pay Off Made By Seller  $ 1000.00
   = Net Trade In  $ N/A
   + Cash  $ N/A
   + Mfrs. Rebate  $ N/A
   + Other (describe) _N/A_  $ 1000.00  (2)
   Total Downpayment  $ 21062.50  (3)

3. Unpaid Balance of Cash Price (1 minus 2)

4. Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   A. Net trade-in payoff to _____ N/A  $ N/A
   B. Cost of Optional Credit Insurance Paid to Insurance
      Company or Companies.
      Life  $ N/A
      Disability  $ N/A  $ N/A
   C. Other Insurance Paid to the Insurance Company  $ N/A
   D. Official Fees Paid to Government Agencies
      1) to  N/A  for  N/A  $ N/A
      2) to  N/A  for  N/A

**PROPERTY INSURANCE.** You must keep the collateral insured against damage or loss in the amount you owe. You must keep this insurance until you have paid all that you owe under this contract. You may obtain property insurance from anyone you want or provide proof of insurance you already have. The insurer must be authorized to do business in Texas. You agree to give us proof of property insurance. You must name us as the person to be paid under the policy in the event of damage or loss.

If any insurance is checked below, policies or certificates from the insurance companies will describe the terms, conditions, and deductibles.

### Optional Credit Life and Credit Disability Insurance

Credit life insurance and credit disability insurance are not required to obtain credit. They will not be provided unless you sign and agree to pay the extra cost. Your decision to buy or not buy these insurance coverages will not be a factor in the credit approval process.

☐ Credit Life, one buyer  $ N/A  Term  N/A
☐ Credit Life, both buyers  $ N/A  Term  N/A
☐ Credit Disability, one buyer  $ N/A  Term  N/A
☐ Credit Disability, both buyers  $ N/A  Term  N/A

N/A
(Insurance Company)
N/A
(Home Office Address)

Credit life insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance does not cover any increase in your payment or in the number of payments.

If the term of the insurance is 121 months or longer, the premium is not fixed or approved by the Texas Insurance Commissioner.

You want the insurance indicated above.

X _____  Date _____
Buyer's signature

X _____  Date _____
Co-Buyer's signature

### Optional Insurance Coverages

The insurance described below is not required to obtain credit. It will not be provided unless you sign and agree to pay the extra cost. Your decision to buy or not buy these insurance coverages will not be a factor in the credit approval process.

Term in

FEB-11-2008  14:18        MARQUETTE FINANCE                                      9728815244         P.04

| | | |
|---|---|---|
| D | Official Fees Paid to Government Agencies | $ N/A |
| | 1) to N/A for N/A | $ N/A |
| | 2) to N/A for N/A | $ N/A |
| | 3) to N/A for N/A | $ N/A |
| E | Dealer's Inventory Tax (If Not Included in Cash Price) | $ 53.47 |
| F | Sales Tax (If Not Included in Cash Price) | $ N/A |
| G | Other Taxes (If Not Included in Cash Price) | $ N/A |
| H | Government License and/or Registration Fees LICENSE AND RX-R FEE | $ 70.88 |
| I | Government Certificate of Title Fees | $ 33.00 |
| J | Government Vehicle Inspection Fees | $ 21.75 |
| K | Deputy Service Fee Paid to Dealer | $ N/A |
| L | Documentary Fee (Cargo Documental) | $ 50.00 |

A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS AND PERFORMING SERVICES RELATING TO THE CLOSING OF A SALE. A DOCUMENTARY FEE MAY NOT EXCEED $50 FOR A MOTOR VEHICLE CONTRACT OR A REASONABLE AMOUNT AGREED TO BY THE PARTIES FOR A HEAVY COMMERCIAL VEHICLE CONTRACT. THIS NOTICE IS REQUIRED BY LAW.

UN CARGO DOCUMENTAL NO ES UN CARGO OFICIAL. LA LEY NO EXIGE QUE SE IMPONGA UN CARGO DOCUMENTAL, PERO ESTE PODRIA COBRARSE A LOS COMPRADORES POR EL MANEJO DE LA DOCUMENTACION Y LA PRESTACION DE SERVICIOS EN RELACION CON EL CIERRE DE UNA VENTA. UN CARGO DOCUMENTAL NO PUEDE EXCEDER DE $50 PARA UN CONTRATO DE VEHICULO AUTOMOTOR O UNA CANTIDAD RAZONABLE ACORDADA POR LAS PARTES PARA UN CONTRATO DE VEHICULO COMERCIAL PESADO. ESTA NOTIFICACION SE EXIGE POR LEY.

| | | |
|---|---|---|
| M | Other Charges (Seller must identify who is paid and describe purpose.) | |
| | to HPP for HDS 36/MILS 36000 | $ 2000.00 |
| | to N/A for N/A | $ N/A |
| | to N/A for N/A | $ N/A |
| | to N/A for N/A | $ N/A |
| | to N/A for N/A | $ N/A |
| | to N/A for N/A | $ N/A |
| | Total Other Charges and Amounts Paid to Others on Your Behalf | $ 2649.19 (4) |
| 5 | Amount Financed (3 + 4) | $ 23711.69 (5) |

The insurance described below is not required to obtain credit. It will not be provided unless you sign and agree to pay the extra cost. Your decision to buy or not buy these insurance coverages will not be a factor in the credit approval process.

| Coverage | Term in Months | | Premium |
|---|---|---|---|
| GAP* | 72 | XX | 420.17 |
| N/A | | ☐$ | N/A |
| N/A | | ☐$ | N/A |

*If the vehicle is determined to be a total loss, GAP insurance will pay us the difference between the proceeds of your basic collision policy and the amount you owe on the vehicle, minus your deductible. You can cancel that insurance without charge for 10 days from the date of this contract.

If the box next to a premium for an insurance coverage included above is marked, that premium is not fixed or approved by the Texas Insurance Commissioner.

OLD UNITED CREDIT LIFE
(Insurance Company)

SHAWNEE MISSION, KS 66201
(Home Office Address)

You want the optional coverages for which premiums are included above.
X Ernest Stewart                   09/12/2006
Buyer's signature                         Date
X                                         09/12/2006
Co-Buyer's signature                      Date

LIABILITY INSURANCE: THIS CONTRACT DOES NOT INCLUDE INSURANCE COVERAGE FOR PERSONAL LIABILITY AND PROPERTY DAMAGE CAUSED TO OTHERS.

### CONSUMER CREDIT COMMISSIONER NOTICE

To contact Marquette _____ about this account, call _____. This contract is subject in whole or in part to Texas law which is enforced by the Consumer Credit Commissioner, 2601 N. Lamar Blvd., Austin, Texas 78705-4207; (800) 538-1579; (512) 936-7600, and can be contacted relative to any inquiries or complaints.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

Any change to this contract must be in writing. Both you and we must sign it. No oral changes to this contract are enforceable.

Buyer X Ernest Stewart                    Co-Buyer X

See back for other important agreements.

CONSUMER WARNING: Notice to the buyer—Do not sign this contract before you read it or if it contains any blank spaces. You are entitled to a copy of the contract you sign. Under the law, you have the right to pay off in advance all that you owe and under certain conditions may save a portion of the finance charge. You will keep this contract to protect your legal rights.

BUYER'S ACKNOWLEDGEMENT OF CONTRACT RECEIPT: YOU AGREE TO THE TERMS OF THIS CONTRACT AND ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF IT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT.

Buyer Signs X Ernest Stewart    Date 09/12/2006   Co-Buyer Signs X   N/A   Date

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here N/A              Date _____ Address _____
Seller signs VANDERGRIFF HONDA          Date 09/12/2006 X _____ Title GM
THIS CONTRACT IS NOT VALID UNTIL YOU AND WE SIGN IT.

Seller assigns its interest in this contract to Marquette _____ (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse    XX ☐ Assigned without recourse    ☐ Assigned with limited recourse

Seller VANDERGRIFF HONDA    By _____    Title GM

LAW FORM NO. 553-TX 8/03

FEB-11-2008 14:19   MARQUETTE FINANCE   9726013200   P.06

↓ DETACH HERE ↓

# TEXAS CERTIFICATE OF TITLE

**VEHICLE IDENTIFICATION NUMBER:** 1D4HD48N35F606043
**YEAR MODEL:** 2005
**MAKE:** DODG

22031138987095406 10/09/200

**MODEL:** DUR
**MFG. CAPACITY IN TONS:** 1/2
**WEIGHT:** 4900

37485

**PREVIOUS OWNER:** VANDERGRIFF HONDA ARLINGTON TX

ACTUAL MILEAGE

**OWNER:**
ERNEST STEWART JR
APT 401
1110 E BRANCH HOLLOW DR
CARROLLTON, TX 75007

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

**DATE OF LIEN:** 09/12/2006
**1ST LIENHOLDER:** MARQUETTE CONSUMER FINANCE LLC
4099 MCEWEN STE 250
DALLAS, TX 75244

**DATE OF LIEN:**           **2ND LIENHOLDER:**

**DATE OF LIEN:**           **3RD LIENHOLDER:**

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**RIGHTS OF SURVIVORSHIP AGREEMENT**
WE, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

FORM 30-C REV 5/2002   DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION OR MUTILATION

B

TOTAL P.06