

**EOD**

05/22/2009

GAIL E. STOCK
Jameson and Dunagan, P.C.
3890 W. Northwest Highway, Suite 550
Dallas, Texas 75220
(214) 369-6422 - phone
(214) 369-9175 - fax

Attorney for Movant
MARQUETTE CONSUMER FINANCE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE: §
§ Case No. 08-41544-BTR-13
ERNEST STEWART and ROSE STEWART §
§

## ORDER GRANTING APPLICATION FOR PAYMENT OF DIVIDEND
## FROM UNCLAIMED FUNDS

 The Court having considered the Application for Payment of Dividend from Unclaimed

Funds file by Claimant, MARQUETTE CONSUMER FINANCE, 60 South 6th Street, Suite 3800,

Minneapolis, MN 55402, for payment of a dividend from unclaimed funds in the amount of

$3,296.58, and, it appearing to the Court that the Claimant is entitled to receive payment, and, these

funds are now on deposit in the Treasury of the United States, and that proper notice of the

Application was given to the United States Attorney for the Eastern District of Texas pursuant to

Title 28 U.S.C. Section 202.

 **IT IS THEREFORE ORDERED** that the Clerk of the Bankruptcy Court direct the issuance

of a draft upon the Treasury of the United States in the amount stated above and payable to the

Claimant.

Signed on 05/22/2009

Signed this ____ day of _____

*Brenda T. Rhoades*   MD

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

ORDER GRANTING APPLICATION
H342-08 GES

_____
BANKRUPTCY JUDGE

APPROVED:


_____
GAIL E. STOCK, Attorney for Movant